IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 08-PO-07-09 (CWH) |
| **DEVERIUX B. CAREY**, | **VIOLATIONS: Disorderly Conduct; Entering a Federal Facility Under the Influence of Alcohol; Etc**. |
| Defendant | |

## ORDER OF DISMISSAL

Upon consideration of the oral motion of the United States at the Initial Appearance hearing herein requesting dismissal of all charges against the above-named defendant arising out of an incident on or about November 29, 2007, at the United States Courthouse Building in Athens, Georgia (Violation Nos. H5027251, H5027252, and H5027253), the same is GRANTED. Said charges are hereby DISMISSED with prejudice.

SO ORDERED AND DIRECTED, this 28th day of JULY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE